UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81215-CIV-HURLEY/HOPKINS

SUPREME FUELS TRADING FZE,

    Plaintiff,

v.

HARRY SARGEANT III, et al.,

    Defendants.
_____/

**SEALED**

FILED by _____ D.C.
MAY 06 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SEALED AMENDED FINAL JUDGMENT

**THIS CAUSE** comes before the court following the court order granting in part defendants' motion to set aside and/or reconsider final judgment. It is hereby **ORDERED** and **ADJUDGED** that:

1.   **FINAL JUDGMENT** is entered in favor of plaintiff, Supreme Fuels Trading FZE, and against defendant, International Oil Trading Company, LLC, in the total amount of $5,000,000.00 (five million dollars), together with post-judgment interest as provided by law, for which let execution issue.

**DONE** and **SIGNED** in Chambers in West Palm Beach, Florida, this 5th day of May, 2011.

                                              Daniel T. K. Hurley
                                              U.S. District Judge

*Copies provided to counsel of record*