UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-81215-CIV-HURLEY/HOPKINS

SUPREME FUELS TRADING FZE,

      Plaintiff,

v.

HARRY SARGEANT III; MUSTAFA ABU-NABA'A; INTERNATIONAL OIL TRADING COMPANY, LLC; and INTERNATIONAL OIL TRADE CENTER,

      Defendants.

_____/

**DEFENDANT INTERNATIONAL OIL TRADING COMPANY, LLC'S NOTICE OF COMPLIANCE WITH ORDER DETERMINING AMOUNT OF ATTORNEY'S FEES AND COSTS [DE 213]**

Defendant, INTERNATIONAL OIL TRADING COMPANY, LLC ("IOTC USA"), by and through counsel, gives notice of its timely compliance with the Court's order dated October 28, 2011 (D.E. 213), directing payment by IOTC USA of sanctions in the amount of $9,393.41 to counsel for Plaintiff, on November 17, 2011.

      Respectfully submitted,

By:   /s Roger S. Kobert      .
      Roger S. Kobert  (FBN: 765295)
      rkobert@raffertylawyers.com
      Marc C. Pugliese (FBN:  086169)
      mpugliese@raffertylawyers.com
      Sasha Haro (FBN:  843121)
      sharo@raffertylawyers.com
      RAFFERTY, KOBERT, TENENHOLTZ,
       BOUNDS & HESS, P.A.
      1401 Brickell Avenue, Suite 825
      Miami, Florida 33131-3502
      (305) 373-0330   Tel.
      (305) 373-2735   Fax

CASE NO.: 08-81215-CIV-HURLEY/HOPKINS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Noticed of Electronic Filing.

Ana T. Barnett, Esq.
abarnett@swmwas.com
Gerald E. Greenberg, Esq.
ggreenberg@swmwas.com
STEARNS WEAVER *et al.*
Museum Tower - Suite 2200
150 West Flagler Street
Miami, FL  33130
305-789-3200   Tel.
305-789-3395   Fax

*Attorneys for Supreme Fuels FZE*

Robert L. Begleiter, Esq.
rbegleiter@schlamstone.com
SCHLAM, STONE & DOLAN LLP
26 Broadway, 19th Floor
New York, NY 10004
212-344-5400   Tel.
212-344-7677   Fax

*Attorneys for Supreme Fuels FZE*

Gordon Schnell, Esq.
gschnell@constantinecannon.com
Taline Sahakian, Esq.
tsakakian@constantinecannon.com
CONSTANTINE CANNON, LLP
450 Lexington Avenue, Floor 17
New York, New York 10017
212-350-2700  Tel.
212-350-2701  Fax

*Attorneys for Supreme Fuels FZE*

By:   */s Roger S. Kobert*            .

2