IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV 81215-HURLEY

SUPREME FUELS TRADING FZE,

    Plaintiff,

vs.

HARRY SARGEANT, III, MUSTAFA ABU NABA'A,
INTERNATIONAL TRADING COMPANY, LLC,
and INTERNATIONAL OIL TRADE CENTER,

    Defendants.

_____/

**NOTICE OF APPEARANCE OF CHRISTOPHER M. KISE AS
COUNSEL FOR DEFENDANTS HARRY SARGEANT, III,
MUSTAFA ABU NABA'A, INTERNATIONAL TRADING COMPANY, LLC,
AND INTERNATIONAL OIL TRADE CENTER**

    NOTICE IS HEREBY GIVEN that Christopher M. Kise of Foley & Lardner LLP, hereby enters his appearance as counsel for Harry Sargeant, III, Mustafa Abu Naba'a, International Trading Company, LLC, and International Oil Trade Center, in this cause.  Copies of all future court papers and correspondence should be sent to the undersigned counsel at the address below.

    Respectfully submitted this 23rd day of January, 2014.

/s/ *Christopher M. Kise*
Christopher M. Kise
FL Bar No. 855545
ckise@foley.com
**FOLEY & LARDNER LLP**
106 East College Avenue, Suite 900
Tallahassee, FL 32301-7732
Telephone: 850.222.6100
Facsimile: 850.561.6475

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 23rd day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify the foregoing document is being served this date on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated via the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher M. Kise*
Christopher M. Kise