UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81215-CIV-ALTONAGA/Goodman

**SUPREME FUELS TRADING FZE**,

    Plaintiff,
v.

**HARRY SARGEANT, III**; *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on Plaintiff, Supreme Fuels Trading FZE's Motion to Compel Defendant, International Oil Trading Company, LLC to Complete Fact Information Sheet [ECF No. 245], filed September 17, 2019. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a *good faith effort* to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party shall certify . . . counsel for the movant has made reasonable efforts to confer . . . which efforts shall be identified with *specificity* in the statement (including the date, time, and manner of each effort), but has been unable to do so.

*Id.* (alterations and emphasis added). The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction." *Id.* (alterations added).

    Plaintiff's counsel states "on September 17, 2019, he attempted to confer telephonically with Melissa Coffey, counsel for Defendant/Judgment Debtor IOTC USA, in a good faith effort to resolve the issues raised in this Motion, but was unable to do so prior to the filing of the instant motion." (Mot. 3). One attempted phone conversation, made on the day the Motion was filed,

hardly constitutes a good faith effort to resolve by agreement the issues raised in the Motion.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Supreme Fuels Trading FZE's Motion to Compel Defendant, International Oil Trading Company, LLC to Complete Fact Information Sheet **[ECF No. 245]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of September, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record