UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81215-CIV-ALTONAGA

**SUPREME FUELS TRADING FZE**,

    Plaintiff,

v.

**HARRY SARGEANT III**, *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Supreme Fuels Trading FZE's Third Motion to Commence Proceedings Supplementary to Execution and to Obtain Court Order Compelling Judgment Debtor, International Oil Trading Company, LLC to Turn Over Stock Certificates [ECF No. 270], filed on April 6, 2023. After careful consideration of the Motion and the Final Judgment issued in this case [ECF No. 168], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Within five (5) days of the date of service of this Order by Plaintiff, Judgment Debtor International Oil Trading Company, LLC shall turn over to the Court's Registry all stock certificates and similar documents memorializing its ownership interest in any legal entity of whatever nature (*i.e.*, corporation, limited liability company, partnership, etc.), wherever incorporated, including but not limited to Solvochem Logistics Limited, a Cyprus corporation.

3. To the extent that the Judgment Debtor cannot locate the original stock certificates of any applicable legal entity, then the Judgment Debtor is ordered to use its standing as a shareholder

of any such entity to cause any applicable legal entity to re-issue replacement stock certificates and similar documents memorializing its ownership interest in any applicable legal entity within twenty (20) days of service of this Order.

4. Upon receipt by the Court's Registry of all stock certificates compelled to be turn over pursuant to this Order, the U.S. Marshals Service shall subject said stock certificate to a judicial sale.

5. The Judgment Debtor must file a notice of compliance with the Court's Order within one (1) business day from the date of full compliance.

**DONE AND ORDERED** in Miami, Florida, this 7th day of April, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record